**BOARD OF EDUCATION OF CITY OF HOLLIS, of State of OKLAHOMA, v. CITY OF HOLLIS, OKLAHOMA, ex rel. Mrs. John KEARN et al.**

No. 2523.

Circuit Court of Appeals, Tenth Circuit.

Nov. 17, 1943.

Robinson & Oden, of Altus, Okl., and Ross Cox, of Hollis, Okl., for appellant.

Reynolds & Ridings, of Oklahoma City, Okl., for appellee.

Before PHILLIPS, BRATTON, and MURRAH, Circuit Judges.

PER CURIAM.

Reversed and remanded per stipulation.

**CARTER OIL COMPANY v. Melissa HARJO, Administratrix, etc., et al.**

No. 2584.

Circuit Court of Appeals, Tenth Circuit.

Dec. 21, 1943.

L. G. Owen and Forrest M. Darrough, both of Tulsa, Okl., for appellant.

Charles B. Rogers, of Tulsa, Okla., Wm. Gulager, of Muskogee, Okl., and Allen G. Nichols, of Wewoka, Okl., for appellees.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.

**Gilbert Lorenz GODBERSEN, Appellant, v. UNITED STATES of America.**

No. 12725.

Circuit Court of Appeals, Eighth Circuit.

Nov. 8, 1943.

Gilbert Lorenz Godbersen, pro se.

William B. Danforth, Asst. U. S. Atty., of Sioux City, Iowa, for appellee.

PER CURIAM.

Substituted and amended motion of appellee to dismiss appeals granted and appeals dismissed.

**Robert E. HANNEGAN, Successor to Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. W. D. JOHNSON.**

**W. D. JOHNSON v. COMMISSIONER OF INTERNAL REVENUE.**

Nos. 12771, 12772.

Circuit Court of Appeals, Eighth Circuit.

Nov. 22, 1943.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for Commissioner of Internal Revenue.

Ryland, Stinson, Mag & Thomson and John H. McEvers, all of Kansas City, Mo., for W. D. Johnson.

PER CURIAM.

Petitions to review Decision of the Tax Court of the United States, 1 T.C. 1041, dismissed without costs to either party in this Court, on motions of petitioners and stipulation of parties.